UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
ELVIA SANTOS ESTEVEZ,                                                  :
                                                                       :
                               Petitioner,                             :
                                                                       :          22 Civ. 9379 (JPC)
                -v-                                                    :
                                                                       :          ORDER
UNITED STATES CITIZENSHIP AND                                          :
IMMIGRATION SERVICE *et al.*,                                          :
                                                                       :
                               Respondents.                            :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 11, 2023, Defendants submitted a letter informing the Court that Owolabi M. Salis, who represents Petitioner in this case, had been disbarred by order of New York Supreme Court, Appellate Division, First Judicial Department, and that his name was therefore stricken from the roll of attorneys and counselors-at-law in the State of New York.  Dkt. 8; *see In re Owolabi M. Salis*, Motion Nos. 2022-03322 & 2022-03642, Case No. 2013-00285, slip op. at 4 (N.Y. App. Div. Nov. 29, 2022).  On January 18, 2023, the Honorable Katherine Polk Failla, Chair of the Committee on Grievances of this Court, issued an order requiring Mr. Salis to show cause within twenty days "why he should not be stricken from the roll of practicing attorneys of this Court."  *In re Owolabi Salis*, No. M-2-238, slip op. at 1 (S.D.N.Y. Jan. 18, 2023).  No showing was made within the required period.  Because Mr. Salis is no longer authorized to practice before this Court, the Clerk of Court is respectfully directed to terminate him as attorney of record in this case.

      Mr. Salis is ordered to communicate the information contained in this Order to Petitioner, his client.  In addition, by February 21, 2023, Defendants shall submit a status letter informing the Court of whether, as far as they are aware, Petitioner has been notified that Mr. Salis is no longer authorized to represent her in this matter.  If Defendants are not sure that she has been so notified,

that letter shall further inform the Court of whether Defendants are in possession of Petitioner's mailing address. If so, Defendants shall provide that address to the Court via e-mail to CronanSDNYChambers@nysd.uscourts.gov, so that the Court may attempt to directly communicate the contents of this Order to Petitioner. Defendants also may propose any alternative method for providing such notice.

    SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                              JOHN P. CRONAN
                                         United States District Judge