UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ELVIA SANTOS ESTEVEZ,                              :
                                                   :
                        Plaintiff,                 :
                                                   :         22 Civ. 9379 (JPC)
            -v-                                    :
                                                   :              ORDER
UNITED STATES CITIZENSHIP AND                      :
IMMIGRATION SERVICE (USCIS) *et al.*,              :
                                                   :
                        Defendants.                :
                                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendants' letter-motion, Dkt. 11, seeking leave to move to dismiss the Complaint. The Court will hold that letter-motion in abeyance, however, until it is clear whether Plaintiff has secured replacement counsel following the termination of her previous counsel, Owolabi M. Salis, *see* Dkt. 9, or whether she intends to proceed *pro se*. The Government is directed to submit a further status letter by March 31, 2023, informing the Court of whether it has received any communications from Plaintiff or her new counsel concerning this matter. The Court also schedules a status conference in this matter at 10:00 a.m. on April 5, 2023. At the scheduled time, counsel for all parties—or Plaintiff herself, if she is proceeding *pro se*—should call (866) 434-5269, access code 9176261.

Defendants are ordered to serve copies of this Order on Plaintiff, by mail, at the addresses they have previously identified where she potentially may reside.

SO ORDERED.

Dated: March 3, 2023
       New York, New York                       _____
                                                JOHN P. CRONAN
                                                United States District Judge