UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ELVIA SANTOS ESTEVEZ,                            :
                                                 :
                          Plaintiff,             :
                                                 :                22 Civ. 9379 (JPC)
            -v-                                  :
                                                 :                ORDER
UNITED STATES CITIZENSHIP AND                    :
IMMIGRATION SERVICE (USCIS) *et al.*,            :
                                                 :
                          Defendants.            :
                                                 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 4, 2023, the Court was informed, via telephone, that Plaintiff is currently in the process of obtaining new counsel following the disqualification of her previous counsel. The status conference scheduled for 10:00 a.m. on April 5, 2023 is therefore adjourned until 11:00 a.m. on April 26, 2023. At the scheduled time, counsel for all parties—or Plaintiff herself, if she is proceeding *pro se*—should call (866) 434-5269, access code 9176261. If she has not secured replacement counsel by that date, Plaintiff may request a further adjournment of the conference. The *pro se* intake unit, which may be reached during normal business hours at (212) 805-0175, is tasked with advising self-represented parties on Court procedures, and it can advise Plaintiff on how to request a further adjournment, should one be necessary.

SO ORDERED.

Dated: April 7, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge