UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ELVIA SANTOS ESTEVEZ,                                                  :
                                                                       :
                                Plaintiff,                             :
                                                                       :          22 Civ. 9379 (JPC)
           -v-                                                         :
                                                                       :          ORDER
UNITED STATES CITIZENSHIP AND                                          :
IMMIGRATION SERVICE (USCIS) *et al.*,                                  :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In light of Plaintiff's having informed the Court, via telephone, that she has not yet retained replacement counsel, the next status conference in this case, which had previously been scheduled for 11:00 a.m. on April 26, 2023, is adjourned until June 7, 2023, at 9:30 a.m. At the scheduled time, counsel for all parties—or Plaintiff herself, if she is proceeding *pro se*—should call (866) 434-5269, access code 9176261. If she has not secured replacement counsel by that date, Plaintiff may request a further adjournment of the conference. The pro se intake unit, which may be reached during normal business hours at (212) 805-0175, is tasked with advising self-represented parties on Court procedures, and it can advise Plaintiff on how to request a further adjournment, should one be necessary.

SO ORDERED.

Dated: May 2, 2023
       New York, New York                                          _____
                                                                          JOHN P. CRONAN
                                                                    United States District Judge